

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME:  __JERRY CZAJKOWSKI__
(Please print)

STREET ADDRESS:  __6370 STREAMVIEW DR__

CITY/STATE/ZIP:  __SAN DIEGO, CA 92115__

PHONE NUMBER:  __619-287-2944__

CASE NUMBER:  07CV 6971
JUDGE SHADUR
MAGISTRATE JUDGE DENLOW

_____/s/ J. Czajkowski_____          __12-06-2007__
Signature                                              Date

**FILED**
DEC 12 2007  NR

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**