**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Jerry Czajkowski
　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:07–cv–06971
　　　　　　　　　　　　　　　　　　　　Honorable Milton I. Shadur

Reed Elsevier, Inc., et al.
　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 13, 2007:

　　　MINUTE entry before Judge Milton I. Shadur :Civil case terminated. Enter Memorandum Opinion and Order. Accordingly both the Complaint and this action are dismissed for lack of subject matter jurisdiction. This dismissal is of course without prejudice to Dzajkowski's possible institution of his action in a state court of competent jurisdiction.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.