# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JERRY CZAJKOWSKI, Ph.D.

V.

REED ELSEVIER, INC., a Massachusetts Corporation, and DOES 1-20, inclusive,

07CV 6971
JUDGE SHADUR
MAGISTRATE JUDGE DENLOW

TO: (Name and address of Defendant)

*Reed Elsevier, Inc.*
ELSEVIER INC. (SDEF)
(Division of REED ELSEVIER INC.)
211 East Ontario Street,
Chicago, IL 60611
Tel: +1 312 988 7700

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JERRY CZAJKOWSKI, Ph.D.
6370 STREAMVIEW DR
SAN DIEGO, CA 92115

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 1 2 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 12-13-07 at 11:24 A.M. |
| NAME OF SERVER (PRINT) BARRY SAVAGE | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED DEFENDANT REED ELSEVIER, INC. AT 211 EAST ONTARIO STREET, CHICAGO, IL 60611 BY SERVING AUTHORIZED AGENT LASHUNA DARLING (ADMINISTRATIVE ASSISTANT). F,B,5'4",160LB.,29YRS.,BLACK HAIR.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $90.00 | $90.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-13-07
Date

Signature of Server

Address of Server: LEGAL DOCUMENT MANAGEMENT, INC.
79 W. MONROE STREET, STE. 1020
CHICAGO, IL 60603

FILED
12-17-2007
DEC 17 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.